# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>          Defendants. | 1:16-cv-01467-BAM PC<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 10) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On October 24, 2016, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application on the same date, IT IS HEREBY ORDERED THAT plaintiff's application to proceed in forma pauperis filed on October 24, 2016, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

   Dated:   **October 27, 2016**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

1