# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>F. ROJAS, et. al.,<br><br>　　　　Defendants. | No.: 1:16-cv-01467-DAD-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANT FOR SERVICE OF PROCESS, OR SHOW CAUSE WHY DOE DEFENDANT SHOULD NOT BE DISMISSED<br><br>**FOURTEEN DAY DEADLINE** |

Plaintiff Antonio Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds against Registered Nurse F. Rojas and Officer Doe #3 for deliberate indifference in violation of the Eighth Amendment. (Doc. No. 22.) Officer Doe #3 is described in Plaintiff's second amended complaint as a receiving and release officer employed at Pleasant Valley State Prison on May 16, 2016. (Doc. No. 22, at 3, 9.)

On October 24, 2018, the Court issued an order advising Plaintiff on his duty to identify Officer Doe #3 for service of process, with information and the applicable rules as guidance. (Doc. No. 29.) In addition, the Court ordered Plaintiff to provide, within forty-five (45) days, a motion for leave to amend his pleading to substitute the identify of Officer Doe #3, or a request to obtain the information necessary to identify Officer Doe #3. (*Id*. at 3-4.)

1

The above deadline has now passed, and Plaintiff has not complied with the Court's order or otherwise communicated with the Court.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **fourteen (14) days** from the date of service of this order, Plaintiff shall:
    a. File a motion for leave to amend his pleading to substitute the identify of Officer Doe #3,
    b. File a request to obtain the information necessary to identify Officer Doe #3, or
    c. Shall show cause in writing why Officer Doe #3 should not be dismissed for the failure to serve with process; and
2. **Plaintiff's failure to comply with this order will result in the dismissal of Officer Doe #3 from this action.**

IT IS SO ORDERED.

Dated: **December 27, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE