# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ,<br><br>    Plaintiff,<br><br>   v.<br><br>F. ROJAS, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01467-DAD-BAM (PC)<br><br>ORDER DENYING REQUEST TO VACATE SETTLEMENT CONFERENCE<br><br>(ECF No. 45) |

On April 25, 2019, Defendants notified the Court regarding communications between the parties about the need for an interpreter to assist in the settlement conference whereby the parties determined they would not be able to properly engage in settlement discussions. Defendants request the April 30, 2019 settlement conference be vacated. (ECF No. 45.) Defendants' request is HEREBY DENIED and the settlement conference shall proceed as scheduled.

IT IS SO ORDERED.

Dated: __**April 29, 2019**__

                                            UNITED STATES MAGISTRATE JUDGE

1