# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. ROJAS, et.al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01467-DAD-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ANTONIO MARTINEZ, CDCR #AX-6524 |

A settlement conference in this matter commenced on April 30, 2019. Inmate Antonio Martinez, CDCR #AX-6524 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　**April 30, 2019**

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1